X FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 05 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY__________ DEPUTY

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

KPOBARI C TUSIMA
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Banner University Medical Center phoenix
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CV21-01693-PHX-DMF
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: KPOBARI C TUSIMA
Street Address: 25687 W EUCLID AVE
City and County: Buckeye Maricopa
State and Zip Code: Arizona, 85326
Telephone Number: 602 466 8453
E-mail Address: patrick.clement1@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Banner University Medical Center Phoenix |
| Job or Title *(if known)* | RN |
| Street Address | 1111 E McDowell Rd |
| City and County | Phoenix Maricopa |
| State and Zip Code | Arizona 85006 |
| Telephone Number | 602 839 2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Banner University Medical Center Phoenix |
| Street Address | 1111 E McDowell Rd |
| City and County | Phoenix Maricopa |
| State and Zip Code | AZ, 85006 |
| Telephone Number | 602 839 2147 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: __________

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Between 04/20/2020 - 11/3/2020

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race __________
- ☒ color __________
- ☐ gender/sex __________
- ☐ religion __________
- ☒ national origin Nigerian Born (U.S citizen)
- ☐ age *(year of birth)* __________ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

__________

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

02/10/2021

B. The Equal Employment Opportunity Commission *(check one)*:

- [ ] has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on *(date)* 8/20/21 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- [ ] 60 days or more have elapsed.
- [ ] less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/16/2021

Signature of Plaintiff [signature]

Printed Name of Plaintiff KPOBARI C TUSIMA

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

E-mail Address ______________



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**CIVIL LITIGATION DIVISION**
**DIVISION OF CIVIL RIGHTS SECTION**

MARK BRNOVICH
ATTORNEY GENERAL

REBEKAH BROWDER
CHIEF COUNSEL

# NOTICE OF RIGHT TO SUE

*Kpobari Tusima* *v.* *Banner University Medical Center*

CRD No.: CRD-2021-0152 EEOC No.: 35A-2021-00198

On 02/10/2021, you filed a charge with the Division of Civil Rights Section alleging employment discrimination. Arizona law provides that you may bring a civil action in Superior Court of the county where the alleged discriminatory action took place. Should you decide to file a civil action, you must do so **within 90 days** of the date you receive this Notice or **within one year** of the date you filed the charge, **whichever comes first**. A.R.S. 41-1481(D.)

This Notice of Right to Sue letter is being issued because:

this office has made a final determination or has otherwise completed its processing of your charge and will be taking no further action.

If you have any questions concerning this notice, please contact us at 602-542-5263 or toll free at 1-877-491-5742. If you need legal assistance, you should seek the advice of an attorney.

602 542 8852

BY:

_Stephen Scott, Compliance Manager_

Sent by regular mail this day of August 2021

CC: Banner University Medical Center c/o Lindsay Fiore

V. Relief, From page 5

## Prayer For Relief

Wherefore, the plantiff prays that the court grant the following relief:

(a) Order defendent to develop and implement appropriate and effective measures to prevent discrimination, harrassment and retaliation from work place.

(b) order defendent to make whole plantiff back pay with interest including any bonus that was offerred from day of unlawful termination till the day of this judgement.

(c) order defendant to pay plantiff punitive for it unlawful conduct describe above.

(d) order defendant to provide Training for it's officers Supervisors, managers and Directors regarding discrimination.

(e) order defendant to provide compensation for past and future percuniary loses resulting from the unlawful emploment practices described above including but not limited to job search expenses, medical expensive, and emotional trauma ~~brought~~ Errr ki on my family.

III. Statement of Claim, From page 4

I KPOBARI TUSIMA was employed by Banner University Medical Center Phoenix on 5/17/2010. In addition to working, I enrolled in a Nursing program in 2016, and graduated with my RN degree in 2019.

On ~~4~~/20/2019, I was transfered from my previous position to an RN position in the Perioperative Department. While in the perioperative Department, I enrolled in the Perioperative 101 training program as a new graduate Nurse, and as a New transferee, Georgiana Ellis Senior Manager perioperative Department did not allowed me to complete my training Because of my race, Black, and my national origin Nigerian.

On 11/3/20, perioperative Manager Georgiana Ellis Called me into her office and informed me that I was terminated. She did not give a specific reason ~~wh~~ for terminating my employment.

I believe and therefore claim that Georgiana Ellis Senior Manager perioperative Department at Banner University Medical Center Phoenix terminated my employement because of my race, Black, and National origin Nigerian.